IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GIPSON, SANDRA D. ) | CASE NO. .14-82197-CRJ-7 |
| ) | |
| ) | |
| DEBTOR. ) | CHAPTER 7 |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF
POSITION REGARDING CHAPTER 7 FINAL REPORT

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under Title II of the United States Code. This Bankruptcy Administrator's Statement of Position Regarding Chapter 7 Final Report is filed pursuant to that authority.

2. I, Richard M. Blythe, Division Attorney for the Bankruptcy Administrator's Office for the Northern District of Alabama, Northern Division, hereby certify that I have reviewed the final report filed by the trustee in the above styled case and have found no basis upon which to raise any objection or reservation regarding any aspect of the same.

3. The Trustee is treating as unsecured, and proposes to pay an equal pro rata dividend on the timely filed claims. Said claimants have the right to object to the treatment of their claims in the manner provided for in the Notice of Final Hearing to be mailed by the Trustee's office.

**SEE COPY OF TRUSTEE'S PROPOSED DISTRIBUTION ATTACHED TO NOTICE OF HEARING ON FINAL REPORT.**

Respectfully submitted this date:     September 9, 2022


Bankruptcy Administrator


By:   /s/Richard M. Blythe
        Richard M. Blythe
        Division Attorney
        Alabama Bar ID No.: ASB-3199-B52R